M. P. No. 76-431. WILLIAM G. BARBER *et al. v.* TOWN OF NORTH KINGSTOWN *et al.* Motion of State Street Development Company to participate in oral argument is granted. The grant of this motion will not increase the usual time allowed to counsel on each side pursuant to Rule 24(b), i.e., thirty (30) minutes. *Hanson, Curran, Bowen & Parks, A. Lauriston Parks,* for petitioners. *Bernard F. McSally,* Town Solicitor, for respondents. *Moore, Virgadamo, Boyle & Lynch, Ltd., Francis J. Boyle,* amicus curiae, *Paul P. Pederzani, Jr.,* amicus curiae.

M. P. No. 76-432. DENNIS SOUZA *v.* BRADFORD SOUTHWORTH, *Director of Corrections.* Petition for habeas corpus is denied as being moot. *William J. Burke, Jr.,* for petitioner. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.

M. P. No. 76-457. RICKIE COCHRANE *v.* WILLIAM LAURIE, *Assistant Director of Adult Services.* Motion of petitioner to reconsider and motion for consolidation are denied without prejudice to renewing them at oral argument. Bevilacqua, C.J., not participating. *Bevilacqua & Cicilline, John F. Cicilline,* for petitioner. *Julius C. Michaelson,* Attorney General, *John R. McDermott,* Special Asst. Attorney General, for respondent.